No. 80-21

IN THE SUPREME COURT OF THE STATE OF MONTANA

1980

_____

THE STATE OF MONTANA,

Plaintiff and Appellant,

vs.

CRAIG JOHN DARKO,

Defendant and Respondent.

_____

Appeal from: District Court of the Eighth Judicial District,
In and for the County of Cascade.
Honorable Joel G. Roth, Judge presiding.

Counsel of Record:

For Appellant:

Hon. Mike Greely, Attorney General, Helena, Montana
J. Fred Bourdeau, County Attorney, Great Falls, Montana

For Respondent:

Asselstine, Strause & Anderson, Great Falls, Montana

_____

Submitted on briefs: May 29, 1980

Decided: JUN 20 1980

Filed: JUN 20 1980

Thomas J. Kearney
Clerk

Mr. Justice Gene B. Daly delivered the Opinion of the Court.

The District Court's order suppressing the evidence on the basis of State v. Jetty (1978), 176 Mont. 519, 579 P.2d 1228, 35 St.Rep. 739, is affirmed.

_____
Justice

We concur:

_____
Chief Justice

_____

_____

_____
Justices

-2-